[No. 28642-4-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-8-00055-4, William G. Knebes, J. Pro Tem., entered April 1, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28805-2-II. Division Two. May 28, 2003.]

EVALINE COMMUNITY ASSOCIATION, ET AL., *Appellants*, v. JASON GOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-2-00775-9, David R. Draper, J., entered April 16, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28809-5-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SONJA L. ENGEBRETSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 02-1-00036-1, Joel M. Penoyar, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 28843-5-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD AUSTIN BURROUGHS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-02167-2, Roger A. Bennett, J., entered May 3, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.